UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
October 13, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:10-MJ-00303-GGH-1 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| ALEXANDREA HOYT, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ALEXANDREA HOYT , Case No.  2:10-MJ-00303-GGH-1 , Charge  21USC § 846, 841(a)(1), & (b)(1)( C) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__  Release on Personal Recognizance

__  Bail Posted in the Sum of $_____

  __  Unsecured Appearance Bond

  __  Appearance Bond with 10% Deposit

  __  Appearance Bond with Surety

  __  Corporate Surety Bail Bond

  ✔  (Other)    Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  October 13, 2010  at  2:00 pm .

By  /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court